# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BLUE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES HILL, Acting Warden,<br><br>　　　　Respondent. | NO. CV 22-3018 AB (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge ("Report"), the Objections and Application for Certificate of Appealability. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Report and denies the certificate of appealability.

      IT THEREFORE IS ORDERED that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: July 21, 2023

                                  ANDRE BIROTTE JR.
                                  United States District Judge