# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BLUE, | NO. CV 22-3018 AB (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES HILL, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: July 21, 2023

_____
ANDRE BIROTTE JR.
United States District Judge